JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA MERCADO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 5:20-cv-00227-JFW (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order of Dismissal filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: January 19, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE